CHARLES TAIT GRAVES (SBN 197923)
tgraves@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

DALE R. BISH (SBN 235390)
dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

LISA D. ZANG (SBN 294493)
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Attorneys for Defendant
ServiceTitan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SUCCESSWARE, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**SERVICETITAN, INC. and POINTMAN LLC**,<br><br>    Defendants. | Case No. 2:20-cv-05179-DSF-PVC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D |

**CERTIFICATE OF SERVICE**

I, Lisa D. Zang, am employed by Wilson Sonsini Goodrich & Rosati, P.C. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, Suite 1550, Los Angeles, CA 90071.

On this date, I caused the documents below:

- **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) (ECF NO. 11)**
- **DEFENDANT SERVICETITAN, INC.'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1, L.R. 7.1-1) (ECF NO. 12)**

To be served via electronic service to the following:

Robert J. Fluskey
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
rfluskey@hodgsonruss.com

I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct. Executed this 23rd day of June, 2020, at Los Angeles, California.

By: */s/ Lisa D. Zang*
Lisa D. Zang