Harrison (Buzz) Frahn (Bar No. 206822)
  hfrahn@stblaw.com
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 251-5000
Facsimile:   (650) 251-5002

*Counsel for Plaintiff
SuccessWare, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SUCCESSWARE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICETITAN, INC. and POINTMAN LLC,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-05179-JWH-PVC<br>Hon. John W. Holcomb<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1    PLEASE TAKE NOTICE that Plaintiff SUCCESSWARE, INC. has amicably
2 resolved this matter and therefore hereby voluntarily dismisses the above captioned
3 action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
4    Defendants SERVICETITAN, INC. and POINTMAN LLC have neither
5 answered Plaintiff's Complaint, nor filed a motion for summary judgment.
6 Accordingly, this matter may be dismissed without an Order of the Court.

7 DATED:  October 2, 2020            Respectfully submitted,
8                                    SIMPSON THACHER & BARTLETT LLP
9                                    By: */s/ Harrison (Buzz) Frahn*
10                                       Harrison (Buzz) Frahn
11                                       *Counsel for Plaintiff SuccessWare, Inc.*